

United States District Court
Eastern District of California

| | |
|---|---|
| A.A.M. | Case Number: 1:25-cv-01514-DC-DMC |
| Plaintiff(s) | |

V.

| | |
|---|---|
| Andrews, et al. | APPLICATION FOR PRO HAC VICE AND ORDER |
| Defendant(s) | |

Pursuant to Local Rule 180(b)(2) of the United States District Court for the Eastern District of California, Pirzada Ahmad hereby applies for permission to appear and participate as counsel in the above entitled action on behalf of the following party or parties:
A.A.M.

On _____09/28/2021_____ (date), I was admitted to practice and presently in good standing in the _____State of Florida_____ (court).  A certificate of good standing from that court is submitted in conjunction with this application.  I have not been disbarred or formally censured by a court of record or by a state bar association; and there are not disciplinary proceedings against me.

[✓] I have / [ ] I have not concurrently or within the year preceding this application made a pro hac vice application to this court.  (If you have made a pro hac vice application to this court within the last year, list the name and case number of each matter in which an application was made, the date of application and whether granted or denied.)
M.T.M. v. Andrews, 1:25-cv-1094 (8/28/25 - mooted on transfer); Y.T.D. v. Andrews, 1:25-cv-1100 (8/29/25 - granted), G.A.A. v. Andrews, 1:25-cv-1102 (9/10/25 - granted)

Date: _____12/02/2025_____     Signature of Applicant: /s/ Pirzada Ahmad

**Pro Hac Vice Attorney**

Applicant's Name: Pirzada Ahmad

Law Firm Name: Dontzin Kolbe & Fleissig LLP

Address: 31 E 62nd St

Fl 7

City: New York          State: NY     Zip: 10065

Phone Number w/Area Code: (212) 717-2900

City and State of Residence: New York, NY

Primary E-mail Address: pahmad@dkfllp.com

Secondary E-mail Address: paralegals@dkfllp.com

I hereby designate the following member of the Bar of this Court who is registered for ECF with whom the Court and opposing counsel may readily communicate regarding the conduct of the case and upon whom electronic notice shall also be served via the Court's ECF system:

Local Counsel's Name: Sean Lai McMahon

Law Firm Name: California Collaborative for Immigrant Justice

Address: 1999 Harrison St

Ste 1800

City: Oakland          State: CA     Zip: 94612

Phone Number w/Area Code: (415) 875-0550          Bar #: 329684

## ORDER

The Pro Hac Vice Application is APPROVED.  The Pro Hac Vice Attorney is DIRECTED to request filing access through PACER.

Dated: December 2, 2025

Dena Coggins
United States District Judge