1
2
3
4
5
6
7

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

A.A.M.,

               Petitioner,

     v.

TONYA ANDREWS et. al.,

             Respondents.

No.  1:25-CV-01514-DC-DMC (HC)

ORDER

      Petitioner, an immigration detainee proceeding with retained counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241. Pending before the Court is Petitioner's motion for order to show cause and extension of time, ECF No. 22.

      Respondents are ordered to respond to Petitioner's motion, ECF No. 22, as to the request for an order to show cause, on or before January 16, 2026. Petitioner may file a reply or inform the Court that they will not file a reply, on or before January 19, 2026.

      Petitioner's deadline to file a reply in support of their petition is vacated and will be reset upon resolution of the pending motion.

      IT IS SO ORDERED.

Dated:  January 14, 2026

_____
DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

1