**IN THE UNITED STATES DISTRICT COURT**

**FOR THE EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| A.A.M., | No.  1:25-CV-01514-DC-DMC (HC) |
| Petitioner, | |
| v. | ORDER |
| TONYA ANDREWS et. al., | |
| Respondents. | |

Petitioner, an immigration detainee proceeding with retained counsel, brings this petition for a writ of habeas corpus under 28 U.S.C. § 2241.

Pursuant to the District Judge's order, Respondents' motion to dismiss, ECF No. 11, was procedurally defective. See ECF No. 19, pg. 4, n. 3 ("[a]ccordingly, Respondents' motion to dismiss is not properly before the court"). Thus, the undersigned will direct the Clerk of the Court to strike the motion to dismiss, ECF No. 11.

In light of the status updates provided by parties, the undersigned will direct Respondents to file an answer/return within 5 days from the date of this order.  If an answer/return is filed, Respondent shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application. Specifically, the Court directs Respondent to inform the Court whether they refute or agree with Petitioner's contention that ICE records reflect that Cameroon has indicated they would not

1

accept Petitioner. Respondents should additionally inform the Court what the substance of the April 16, 2026, immigration hearing is, if such hearing will sufficiently provide the process ordered by the District Judge in ECF No. 19, and if so, whether it would address removal to Cameroon or a different third-country.

Petitioner's reply/traverse, if any, is due within 3 days after being served a copy of Respondent's answer/return.

Accordingly, it is HEREBY ORDERED that:

1. Respondents' motion to dismiss, ECF No. 11, is stricken, pursuant to the District Judge's order, ECF No. 19.

2. Respondents are directed to file an answer/return within 5 days from the date of this order, addressing the issues identified herein. If an answer/return is filed, Respondent shall include with the answer/return any and all transcripts or other documents relevant to the determination of the issues presented in the application.

3. Petitioner's reply/traverse, if any, is due within 3 days after being served a copy of Respondent's answer/return.

Dated:  March 13, 2026

DENNIS M. COTA
UNITED STATES MAGISTRATE JUDGE

2